1  Evan Livingstone, SBN 252008
2  Attorney at Law
3  740 4th St. Suite 215
   Santa Rosa, CA 95404
4  Tel (707) 206-6570
5  Fax (707) 676-9112
   Email: evanlivingstone@sbcglobal.net
6  Attorney for Plaintiff Julio Palomino

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 Julio Palomino                  )
                                   )
11                     Plaintiff,  )   CASE NO. CV 11 1329
                                   )
12    vs.                          )   APPLICATION TO PROCEED
                                   )   IN FORMA PAUPERIS
13 California Forensic Medical Group, et al. )   (Non-prisoner cases only)
                                   )
14                     Defendant.  )
                                   )
15 _____)

16        I, __Julio Palomino_____, declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22 1.    Are you presently employed?              Yes ___  No ✓

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: _____  Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.
2 Plaintiff was last employed in 2001 at $7.25 an hour at Jack in the Box
3 _____
4 _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6 following sources:

7     a. Business, Profession or            Yes ____ No ✓
8         self employment?
9     b. Income from stocks, bonds,         Yes ____ No ✓
10         or royalties?
11     c. Rent payments?                       Yes ____ No ✓
12     d. Pensions, annuities, or             Yes ____ No ✓
13         life insurance payments?
14     e. Federal or State welfare payments,    Yes ✓ No ____
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Social Security Disability Insurance: $860 a month
20 _____

21  3. Are you married?                            Yes ____ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26  4.     a. List amount you contribute to your spouse's support:$ _____
27     b. List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   no dependants
3   _____
4   5.   Do you own or are you buying a home?   Yes ___ No ✓
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.   Do you own an automobile?   Yes ___ No ✓
7   Make _____ Year _____ Model _____
8   Is it financed? Yes ___ No ___ If so, Total due: $ _____
9   Monthly Payment: $ _____
10  7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11  Name(s) and address(es) of bank: Bank of America, Santa Rosa, CA
12  _____
13  Present balance(s): $ $13
14  Do you own any cash? Yes ___ No ✓ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)   Yes ___ No ✓
17  _____
18  8.   What are your monthly expenses?
19  Rent: $ 205   Utilities: $50
20  Food: $ 400   Clothing: $20
21  Charge Accounts:
22  <u>Name of Account</u>   <u>Monthly Payment</u>   <u>Total Owed on This Account</u>
23  _____   $ _____   $ _____
24  _____   $ _____   $ _____
25  _____   $ _____   $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  none

- 3 -

1
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ____  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  March 14, 2011                    *Julio Palomino*                    Julio Palomino
12            DATE                           SIGNATURE OF APPLICANT