Evan Livingstone, SBN 252008
Attorney at Law
740 Fourth St #215, Santa Rosa, CA 95404
Tel: (707) 206-6570 • Fax: (707) 676-9112
Attorney for Plaintiff Julio Palomino

FILED
2011 MAR 18 P 5:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV11 1329

Julio Palomino

        Plaintiff(s),

v.

California Forensic Medical Group, Dr. Taylor Fithian, County of Sonoma, Sheriff Bill Cogbill and Does 1-10
        Defendant(s).

No. C

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

E-filing

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 14, 2011

_____
Signature

Counsel for   Evan Livingstone
(Plaintiff, Defendant or indicate "pro se")