# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JULIO PALOMINO | No. C 11-01329 MEJ |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| CALIFORNIA FORENSIC MEDICAL GROUP | |
| Defendant(s). | |

     Before the Court is Plaintiff's Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby GRANTS Plaintiff's application. The Clerk of Court shall issue summons. Further, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon the Defendant(s).

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge