# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JULIO PALOMINO, | No. C 11-01329 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | **ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | |
| Defendants. | |

This matter is currently scheduled for a case management conference on June 30, 2011. However, as no case management statement has been filed and it is not clear whether any defendants have been served, the Court VACATES the June 30 c.m.c. and all related deadlines. Plaintiff shall file a status report by July 14, 2011.

**IT IS SO ORDERED.**

Dated: June 27, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge