```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271


Attorney for Defendant
California Forensic Medical Group, Inc.
AND TAYLOR FITHIAN, M.D.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Palomino,<br><br>　　　Plaintiff,<br><br>vs.<br><br>California Forensic Medical Group, Dr. Taylor Fithian, County of Sonoma, Sheriff Bill Cogbill and Does 1-10,<br><br>　　　Defendants.<br>_____/ | CASE NO. 11-CV-1329 MEJ<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT [F.R.C.P.12(b)(6)] OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT ON BEHALF OF DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP ["CFMG"] AND DR. TAYLOR FITHIAN [R.R.C.P.12(e)]<br><br>Date: **August 4, 2011**<br>Time: **10:00 a.m.**<br>Courtroom: **B, 15th Floor**<br>**The Honorable Maria Elena James**<br><br>Complaint Filed: 03/18/2011<br>First Amended Complaint Filed: 04/06/2011 |

**TO PLAINTIFF JULIO PALOMINO AND HIS ATTORNEY OF RECORD EVAN LIVINGSTONE, ESQ.:**

PLEASE TAKE NOTICE that on August 4, 2011, at 10:00 a.m., or as soon thereafter as this matter mat be heard, in Courtroom B, 15th Floor, of this Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendants California Forensic Medical Group ["CFMG"] and Dr. Taylor Fithian, will and hereby do, move this Court for an order: (1) Dismiss the First Amended Complaint (Dkt# 6) pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) for failure to state facts with

1  sufficient specificity as to set forth a cognizable, unambiguous claim
2  against these moving defendants; and/or (2) in the alternative, pursuant
3  to Federal Rule of Civil Procedure 12(e) to grant defendants' motion for
4  a more definite statement as to the claim being made in the First Amended
5  Complaint against these moving Defendants.

### 1. F.R.C.P. 12(b)(6)

7  The First Amended Complaint (Dkt# 6) by its failure to designate the
8  specific claim being made as and against each of the four defendants
9  listed only in the caption of the First Amended Complaint and for the
10 failure of the First Amended Complaint to designate the bases for claimed
11 federal jurisdiction as well as the failure to allege facts constituting
12 a claim for "deliberate indifference to a serious medical condition"
13 under *Estelle v. Gamble*, 429 U.S. 97, 106 (1976), much less a claim
14 against the entity defendants under *Monell v. Department of Social
15 Services*, 436 U.S. 658 (1978). The absence of these necessary allegations
16 indicate the propriety of an order to dismiss albeit with leave to amend
17 the First Amended Complaint (Dkt# 6) pursuant to F.R.C.P. 12(b)(6) for
18 failure to state a claim upon which relief may be granted.

### 2. F.R.C.P. 12(e)

20 In the alternative, should the court deny the motion to dismiss
21 under F.R.C.P. 12(b)(6), the vague, conclusionary, and non-specific
22 allegations by plaintiff against "Defendants," generically, supply
23 sufficient bases for the issuance of an order directing the plaintiff
24 to correct the deficiencies in the First Amended Complaint (Dkt# 6)
25 pursuant to F.R.C.P. 12(e).
26 This motion is based on the Notice of Motion, the concurrently filed
27 Memorandum of Points and Authorities, the files and records of this
28 court, and such other as further documentation and oral argument to be

Case3:11-cv-01329-MEJ Document11 Filed06/28/11 Page3 of 3

presented at the time of the hearing on this matter.

Dated: June 28, 2011                Trimble, Sherinian, & Varanini

                                    By: Jerome M. Varanini,
                                    Attorney for defendants
                                    California Forensic Medical Group,
                                    Inc., Taylor Fithian, M.D.