# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JULIO PALOMINO | No. C 11-01329 MEJ |
| Plaintiff(s), | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| CALIFORNIA FORENSIC MEDICAL GROUP | |
| Defendant(s). | |
| _____/ | |

Pending before the Court is Defendants' Motion to Dismiss. (Dkt. #11.) However, on July 14, 2011, Plaintiff filed an Amended Complaint. (Dkt. #14.) Under Federal Rule of Civil Procedure 15, a party may amend its pleading once "as a matter of course" within "21 days after service of a responsive pleading or 21 days after service of a motion. Fed. R. Civ. P. 15(a)(1). Here, Plaintiff has already filed an amended complaint on April 6, 2011; however, as this is the first amendment Plaintiff has made since Defendants filed their motion to dismiss, and the Court finds it appropriate to allow the case to proceed based on the July 14 complaint, the Court DENIES WITHOUT PREJUDICE Defendants' motion. The amended complaint supersedes any prior complaint. Defendant shall file an answer or other responsive pleading within 30 days from the date of this Order.

Further, the Court instructs Plaintiff that no further amendments may be made without seeking leave of Court pursuant to Rule 15 and Civil Local Rule 7. Any attempt to file an amended complaint without proper notice to Defendant under Civil Local Rule 7 and a court order shall be stricken.

**IT IS SO ORDERED.**

Dated: July 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**