1

2

3

4                     UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6   JULIO PALOMINO

7           Plaintiff(s),                        No. 11-01329 MEJ

8       v.                                       **NOTICE AND ORDER
                                                 SETTING CMC**
9   CALIFORNIA FORENSIC MEDICAL GROUP

10          Defendant(s).
    _____/

11

12  TO ALL PARTIES AND COUNSEL OF RECORD:

13      The above-entitled case has been set for a Case Management Conference on October

14  20, 2011, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco,

15  California, before Magistrate Judge Maria-Elena James.  The joint c.m.c. statement shall be

16  filed by October 13, 2011. All case management and ADR deadlines are adjusted accordingly.

17

18  Dated:  September 12, 2011

19                                               _____

20                                               Brenda Tolbert, Courtroom Deputy to Chief
                                                 Magistrate Judge Maria-Elena James
21

22

23

24

25

26

27

28

Hearing.Not                          1