]JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney For Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.
AND TAYLOR FITHIAN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO PALOMINO, | CASE NO. 3:11-CV-1329 MEJ |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, STATEMENT OF UNDISPUTED MATERIAL FACTS, DECLARATIONS OF JOHN LEVIN, M.D., DEBRA KOLMAN, R.N., JEROME M. VARANINI, AND TAYLOR FITHIAN, M.D. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | |
| Defendants. | |
| _____/ | Date: October 4, 2012<br>Time: 10:00 a.m.<br>Dept: Courtroom B, 15th Floor<br>Honorable Maria-Elena James |

TO PLAINTIFF JULIO PALOMINO AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN THAT on October 4, 2012 or as soon thereafter as counsel may be heard by the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, in courtroom B on the 15th floor, defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and TAYLOR FITHIAN, M.D. will and hereby do move this court for summary judgment on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reasons that:

1

(1) The care received by plaintiff Julio Palomino from the jail medical staff in fact met the standard of care and the allegations contained in plaintiff's complaint of an alleged week long delay are incorrect;

(2) There is no medical support for the allegation that the alleged delay resulted in permanent damage to plaintiff's elbow. The orthopedic specialists determined that there was no need for surgical intervention and the use of the splint and later the brace allowed the fracture to heal satisfactorily; and,

(3) Defendant Dr. Fithian had nothing to do with the plaintiff's care and treatment in the matter.

Ths motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Statement of Undisputed Material Facts and the Declarations of John Levin, M.D., Jerome M. Varanini, Debra Kolman, R.N. and Taylor Fithian, M.D. In Support of Motion for Summary Judgment and all pleadings and papers on file in the action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: August 22, 2012          TRIMBLE, SHERINIAN & VARANINI


                                    /s/ Jerome M. Varanini
                                By: Jerome M. Varanini,
                                Attorney for Defendants
                                CALIFORNIA FORENSIC MEDICAL GROUP,
                                INC. AND TAYLOR FITHIAN, M.D.