## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-entitled action; my business mailing address is P.O. Box 590, Sacramento, California 95812-0590. I am familiar with Trimble, Sherinian & Varanini's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On August 22, 2012, I served on the parties in said action:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, STATEMENT OF UNDISPUTED MATERIAL FACTS, DECLARATIONS OF JOHN LEVIN, M.D., DEBRA KOLMAN, R.N., JEROME M. VARANINI, AND TAYLOR FITHIAN, M.D. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

[ ] **Via the United States Postal Service** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ] **By Personal delivery** on the parties in this action by causing a true copy and/or original thereof to be delivered by hand to the offices of the addressee(s).

[ ] **Via Facsimile** by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

[ ] **Via Overnight Courier** by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service: Untied Parcel Service

[XX] **Via Electronic Case Filing** by causing a true copy thereof to be electronically delivered to the e-mail addresses listed below via ECF.

addressed as follows:

Evan Livingstone, Esq.
740 4th Street, Suite 215
Santa Rosa, California 95404
Telephone: (707) 206-6570
Facsimile: (707) 676-9112
**Attorney for Plaintiff**
evanlivingstone@sbcglobal.net

Terry S. Sterling, Esq.
Spaulding McCullough & Tansil
90 South E Street, Suite 200
Santa Rosa, CA 95404
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
**Attorney for Sonoma County and Sheriff Bill Cogbill**
sterling@smlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 22, 2012, at Sacramento, California.

*Jeannine Maldonado*
Jeannine Maldonado