UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JULIO PALOMINO, | No. C 11-01329 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, | |
| Defendant(s). | |

On August 22, 2012, the Defendant(s) in the above-captioned matter filed a summary judgment motion, with a noticed hearing date of October 4, 2012. Dkt. No. 30. However, Plaintiff(s) failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the October 4 hearing and ORDERS Plaintiff(s) Julio Palomino to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff(s) shall file a declaration by September 27, 2012. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 11, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge