UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JULIO PALOMINO,<br><br>            Plaintiff,<br>   v.<br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>           Defendants.<br>_____/ | No. C 11-01329 MEJ<br><br>**ORDER DISCHARGING OSC**<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT (DKT #30)** |

On September 18, 2012, the Court ordered Plaintiff Julio Palomino to show cause why this case should not be dismissed for failure to prosecute, including Plaintiff's failure to file an opposition to Defendants California Forensic Medical Group and Dr. Taylor Fithian's pending Motion for Summary Judgment. Dkt. No. 35. Having received Plaintiff's response, the Order to Show Cause is DISCHARGED. As part of his response, Plaintiff states that he does not oppose Defendants' summary judgment motion. Accordingly, the motion is hereby GRANTED.

The remaining parties shall file a joint case management statement by November 7, 2012.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge