1  Gregory G. Spaulding, Esq. (SBN 106606)
   Terry S. Sterling, Esq. (SBN 106379)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:     (707) 524-1900
   Facsimile:     (707) 524-1906
5  spaulding@smlaw.com; sterling@smlaw.com

6  Attorneys for Defendants COUNTY OF SONOMA,
   SHERIFF BILL COGBILL and JOSHUA CLAASSEN
7  (incorrectly sued herein as DEPUTY "CLAUSEN")

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 JULIO PALOMINO,                        Case No.: 11-CV-1329 MEJ

11            Plaintiff,

12        vs.                             NOTICE OF MOTION AND MOTION FOR
                                          SUMMARY JUDGMENT OR, IN THE
                                          ALTERNATIVE, PARTIAL SUMMARY
13 CALIFORNIA FORENSIC MEDICAL GROUP,     JUDGMENT
   DR. TAYLOR FITHIAN, COUNTY OF          (FRCP, Rule 56)
14 SONOMA, SHERIFF BILL COGBILL,
   DEPUTY "CLAUSEN" AND DOES 1-10,        Date: December 13, 2012
15                                        Time: 10:00 a.m.
              Defendants.                 Courtroom B, 15th Floor
16
                                          Trial Date: July 8, 2013
17

18 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19         PLEASE TAKE NOTICE that on December 13, 2012 at 10:00 a.m. or as soon thereafter as

20 counsel may be heard in Courtroom B of the above-entitled Court, defendants COUNTY OF

21 SONOMA ("County"), SHERIFF BILL COGBILL ("COGBILL") and JOSHUA CLAASSEN

22 (incorrectly sued herein as DEPUTY "CLAUSEN") ("CLAASSEN") (collectively, "defendants") will

23 and hereby do move this Court for an Order granting summary judgment in defendants' favor on

24 plaintiff's Amended Complaint of July 14, 2011 pursuant to Rule 56 of the Federal Rules of Civil

25 Procedure ("FRCP") on the ground that there is no genuine dispute as to any material fact and County

26 is entitled to judgment as a matter of law.  Alternatively, defendants seek an Order granting partial

27 summary judgment in favor of one or more of the defendants, on the ground that there is no genuine

28

1

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR,          Case No.: 11-CV-1329 MEJ
IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

1   dispute as to any material fact as to that defendant or those defendants, and that defendant or those

2   defendants are entitled to judgment as a matter of law.

3        This Motion is based on this Notice, the Memorandum of Points and Authorities filed

4   herewith, the Declarations of Joseph Caruso, Deputy Joshua Claassen, Lieutenant Patti Bennett and

5   Terry S. Sterling filed herewith, all pleadings and papers on file herein, and such other and further

6   evidence as may be presented to the Court.

7   DATED:  October 31, 2012                     SPAULDING McCULLOUGH & TANSIL LLP
                                                 Attorneys for Defendants COUNTY OF SONOMA,
8                                                SHERIFF BILL COGBILL and JOSHUA
                                                 CLAASSEN (incorrectly sued herein as DEPUTY
9                                                "CLAUSEN")

10

11                                           By:   */s/ Terry S. Sterling*_____
                                                 Terry S. Sterling
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR,                    Case No.: 11-CV-1329 MEJ
IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT