Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:	(707) 524-1900
Facsimile:	(707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendants COUNTY OF SONOMA,
SHERIFF BILL COGBILL and JOSHUA CLAASSEN
(incorrectly sued herein as DEPUTY "CLAUSEN")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JULIO PALOMINO,<br><br>            Plaintiff,<br><br>    vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, DR. TAYLOR FITHIAN, COUNTY OF SONOMA, SHERIFF BILL COGBILL, DEPUTY "CLAUSEN" AND DOES 1-10,<br><br>            Defendants. | Case No.: 11-CV-1329 MEJ<br><br>DECLARATION OF LT. PATTI BENNETT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; SIGNATURE ATTESTATION<br><br>Date: December 13, 2012<br>Time: 10:00 a.m.<br>Courtroom B, 15th Floor<br><br>Trial Date: July 8, 2013 |
|---|---|

  I, Patti Bennett, declare:

  1. I am a Lieutenant with the Sonoma County Sheriff's Department, Detention Division.  I have firsthand, personal knowledge of the matters set forth herein and, if called upon to do so, could and would competently testify thereto.

  2. Plaintiff JULIO PALOMINO has been incarcerated at the Sonoma County Main Adult Detention Facility ("MADF") on a number of occasions, including a period of incarceration from January 27, 2010 to May 12, 2010 on charges brought under Penal Code §242 (battery), §594(a)(2) (vandalism) and §422 (terrorist threat of death or great bodily injury).  On March 5, 2010, plaintiff was housed in the mental health unit of the MADF.

  3. It is the policy of the Detention Division to place inmates in appropriate housing and programs using a classification system based on objective criteria.  On March 5, 2010, plaintiff was

1

classified as a level "3" administrative segregation inmate with an Internal Behavior Code of "E." The status level of "3" indicated that plaintiff needed to be supervised by three Correctional Deputies whenever he was out of his cell, and the Internal Behavior Code of "E" indicated that he had obvious psychiatric symptoms, that he presented a high risk potential for violence toward others, and that he was then displaying or had recently displayed violent symptoms indicating a need for maximum supervision and observation. An inmate with an Internal Behavior Code of "E" is required to wear waist restraints and handcuffs while out of his cell.

4. Pursuant to MADF policy, if an inmate becomes a threat to staff, to other inmates or to facility security, a forced cell removal is conducted. If the inmate possesses a weapon, the forced cell removal is conducted by the Specialized Emergency Response Team ("SERT"), a team of Correctional Deputies with specialized training, including training in cell extraction techniques. Use of the SERT team may require the summoning of off duty personnel.

5. Pursuant to MADF policy, a facility-wide lockdown must be called before a forced cell removal will be conducted, to ensure safety throughout the facility. During a facility-wide lockdown, all inmates are locked in their cells and no movement of civilians is allowed.

6. The County contracts with California Forensic Medical Group for the provision of medical care to MADF inmates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of October, 2012 at Santa Rosa, California.

_____
Lt. Patti Bennett