Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:      (707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendants COUNTY OF SONOMA,
SHERIFF BILL COGBILL and JOSHUA CLAASSEN
(incorrectly sued herein as DEPUTY "CLAUSEN")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO PALOMINO,<br><br>                    Plaintiff,<br><br>           vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, DR. TAYLOR FITHIAN, COUNTY OF SONOMA, SHERIFF BILL COGBILL, DEPUTY "CLAUSEN" AND DOES 1-10,<br><br>                    Defendants. | Case No.: 11-CV-1329 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY |

Plaintiff JULIO PALOMINO and defendants COUNTY OF SONOMA, SHERIFF BILL COGBILL and JOSHUA CLAASSEN (incorrectly sued herein as DEPUTY "CLAUSEN") hereby enter into this Stipulation Extending Deadlines For Expert Disclosures and Expert Discovery with reference to the following facts:

1.      Pursuant to the October 13, 2011 Case Management Order filed in this case, the last day to disclose expert witnesses is December 7, 2012; the last day to disclose rebuttal expert witnesses is December 17, 2012; and the last day for expert discovery, including expert depositions, is January 1, 2013.

2.      On October 31, 2012, defendants filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.  The Motion was originally set for hearing on December 13, 2012, but the Court continued the hearing to December 20, 2012.

1  3. The parties would like to continue the deadlines for expert disclosures and expert
2 discovery to dates after this Court will have ruled on the Motion, so the expense of expert discovery
3 can be avoided if the Motion is granted.  An extension of the expert disclosure and discovery dates
4 will not affect any of the other pretrial dates scheduled by the Court's October 13, 2011 Case
5 Management Order.
6  IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record,
7 that the dates for expert disclosures and the deadline for expert discovery shall be continued as
8 follows:
9  4. The parties shall disclose expert witnesses by January 15, 2013;
10  5. The parties shall disclose rebuttal expert witnesses by January 25, 2013;
11  6. Expert discovery shall be completed by February 15, 2013; and
12  7. The discovery cutoff date of January 1, 2013 shall remain in effect with respect to all
13 non-expert discovery.

14 DATED:  December 5, 2012			EVAN LIVINGSTONE
						Attorney for Plaintiff JULIO PALOMINO
15

16
						By:	*/s/ Evan Livingstone*
17							Evan Livingstone

18 DATED:  December 5, 2012			SPAULDING McCULLOUGH & TANSIL LLP
						Attorneys for Defendants COUNTY OF SONOMA,
19						SHERIFF BILL COGBILL and JOSHUA
						CLAASSEN (incorrectly sued herein as DEPUTY
20						"CLAUSEN")

21

22						By:	*/s/Terry S. Sterling*
							Terry S. Sterling
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR			Case No. 11-CV-1329 MEJ
EXPERT DISCLOSURES AND EXPERT DISCOVERY

[~~PROPOSED~~] ORDER

IT IS SO ORDERED

DATED: December 6, 2012

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
Maria-Elena James